THE STATE, EX REL. REISMAN, APPELLANT, *v.* CUYAHOGA COUNTY BOARD OF
ELECTIONS ET AL., APPELLEES.

[Cite as State, ex rel. Reisman, *v.* Cuyahoga Cty. Bd. of Elections (1988),
40 Ohio St. 3d 1.]

(No. 88-1814—Submitted November 1, 1988—Decided November 2, 1988.)

*Kahn, Kleinman, Yanowitz & Arnson Co., L.P.A.,* and *Sheldon Berns,* for appellant.

*John T. Corrigan,* prosecuting attorney, and *Michael P. Butler,* for appellee Cuyahoga County Board of Elections.

*Anthony J. Celebrezze, Jr.,* attorney general, and *Catherine M. Cola,* for appellee Secretary of State.

The judgment of the court of appeals entered October 5, 1988, dismissing relator's amended petition for a writ of mandamus, is affirmed.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.